RALPH STEPHENS, MINOR, BY MR. TILDON STEPHENS, NEXT FRIEND, v. JACKSON COUNTY BOARD OF EDUCATION, AND/OR STATE BOARD OF EDUCATION.

(Filed 19 September, 1956.)

**State § 3d—**

> Where, in a proceeding under the State Tort Claims Act, the findings of fact of the Industrial Commission, supported by competent evidence, support the conclusions as modified on appeal to the Superior Court, the decision of the Commission, as sustained by the Superior Court, must be upheld.

JOHNSON, J., not sitting.

RODMAN, J., took no part in the consideration or decision of this case.

APPEAL by defendant State Board of Education from *Pless, J.,* May Term 1956 of JACKSON.

A claim for damages for injuries to Ralph Stevens, who was a 13 year old student at Johns Creek School, Jackson County, and was severely injured by the flames of burning gasoline, instituted before the State

Industrial Commission under the State Tort Claims Act, G.S. 143-291 *et seq.*

The Industrial Commission found that Ralph Stephens' injuries were caused by the actionable negligence of Wayne Lovedahl, a regular school bus driver in the school system of Jackson County, and of Bill Smith, principal of Johns Creek School, both employees of the State Board of Education of the State, the same being an agency of the State, which actionable negligence occurred at a time when both were acting within the scope of their employment, and without contributory negligence on the part of Ralph Stephens. On these findings the Commission determined the amount of damages to which Ralph Stephens is entitled in the amount of $7,500.00, and by appropriate order directed the payment of such damages, by the State Board of Education.

On appeal to the Superior Court the findings and conclusions and the order of the Commission directing the payment of such damages were affirmed, with this exception to wit: that Pless, J., held that the Commission was in error in holding the defendant State Board of Education negligent because no school teacher was upon the grounds at the time Ralph Stephens was injured, and reversed that part of the order.

The defendant State Board of Education appeals, assigning error.

*William B. Rodman, Jr., Attorney General, Claude L. Love, Assistant Attorney General, and Harvey W. Marcus, Staff Attorney, for the State.*
*John M. Queen and Frank D. Ferguson, Jr., for Plaintiff, Appellee.*

PER CURIAM. The decisive findings of fact of the Industrial Commission are supported by competent evidence. These findings of fact support the conclusions, as modified by Judge Pless, and order below directing the payment of damages, and the decision of the Commission, as sustained by the Superior Court, must be upheld.

Affirmed.

JOHNSON, J., not sitting.

RODMAN, J., took no part in the consideration or decision of this case.